# CIVIL CAUSE FOR INITIAL CONFERENCE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 09 2019 ★

LONG ISLAND OFFICE

**BEFORE: JUDGE FEUERSTEIN**

DATE: May 9, 2019    TIME: 30 minutes

CASE NUMBER:   2:19-cv-00158-SJF-AYS

CASE TITLE:    Chambers v. County Of Nassau et al

PLTFFS ATTY: Eugene Kroner
         X   present            not present

DEFTS ATTY: Jeremy Scileppi
X   present                not present

DEFTS ATTY: Pablo Fernandez
X   present                not present

COURT REPORTER:                  COURTROOM DEPUTY: BRYAN MORABITO

OTHER:

__X__   CASE CALLED.

___   DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

OTHER: Defendant to serve motion by 6/26/2019.   Opposition to be served by 7/25/2019.   Reply and fully briefed motion to be served and filed by 8/7/2019.   A status conference is scheduled before Judge Feuerstein on 11/13/2019 at 11:15 am.