UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
KRISTOFER CHAMBERS,

                      Plaintiff,

    -against-

COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, P.O. MICHEAL SCHMIDT, P.O.
OMAR GALAN, P.O. JOSEPH GIACONE, P.O.
MICHEAL KAMPERVEEN, AND POLICE OFFICERS
JOHN AND JANE "DOES" individually and in their
official capacities (said names being fictitious and meaning
to represent police officers whose names and true identities
are currently unknown to the plaintiff,)
                      Defendants.
------------------------------------------------------------------------x

19-CV-0158 (SJF)(AYS)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the pleadings served in this action, the accompanying Declaration of Jeremy J. Scileppi, Esq. with the accompanying Memorandum of Law in Support, and all prior proceedings, Defendants County of Nassau, Nassau County Police Department, Officer Michael Schmidt, Officer Omar Galan, Officer Joseph Giacone, Sergeant Michael Kamperveen, will move this Court at the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York, 11722 as soon as counsel may be heard for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint in its entirety as against them for failing to set forth a cause of action, together with such other and further relief as this Court may deem just and proper.

Dated: Mineola, New York

June 26, 2019

                                          JARED A. KASSCHAU
                                          NASSAU COUNTY ATTORNEY

BY:     /s/
        JEREMY SCILEPPI
        Deputy County Attorney
        One West Street
        Mineola, New York 11501
        (516) 571-3032

To: Vincent S. Wong, Esq. (Via ECF)
     39 East Broadway, Suite 306
     New York, NY 10002
     Tel: (212) 349-6099
     Attorney for Plaintiff