# CIVIL CAUSE FOR STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**FILED**
**CLERK**
4/30/2020 11:04 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

DATE: April 30, 2020  TIME: 30 minutes

CASE NUMBER:   2:19-cv-00158-SJF-AYS

CASE TITLE:    Chambers v. County Of Nassau et al

PLTFFS ATTY: Vincent Wong
         X   present            not present

DEFTS ATTY: Janine Rogers
         X   present            not present

COURT REPORTER:                 COURTROOM DEPUTY: BRYAN MORABITO

OTHER:

 X    CASE CALLED.

___   DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** Case is closed with leave to reopen on ten (10) days notice in no event later than 11/2/2020.

A further status conference is scheduled before Judge Feuerstein on 12/1/2020 at 11:15 am.