LAW OFFICES OF

# Vincent S. Wong

*Attorneys at Law*

**Please Respond To:**
☑ 39 East Broadway, Suite 306
   New York, NY 10002
☐ 6008 8th Avenue, 2nd Floor
   Brooklyn, NY 11220

Phone: 212.349.6099
Phone: 212.349.6999
Fax: 212.349.6599
♦♦♦
vswlaw@gmail.com
www.vswlaw.com

November 2, 2020

(**VIA ECF**)
Judge Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:   **Chambers v. County of Nassau, et al.**
      **Docket No. 19-CV-00158**
      **Status Update**

Dear Judge Sandra J. Feuerstein:

   Our office represents Mr. Chambers in above referenced matter. The parties have not reached any settlement, however Plaintiff requests some additional time to provide documents and discuss settlement with Defendants' counsel. A Status Conference is scheduled for December 1, 2020 at 11:15am. Plaintiff requests that the Court allow the parties until the scheduled status conference to further attempt settlement. In the alternative, Plaintiff requests that the Court reopen the matter.

   We thank Your Honor for the attention to this matter, and should any questions arise, please contact our office at (212) 349-6099.

Very truly yours,

 */s/ Vincent S. Wong*

Vincent S. Wong, Esq.

CC: Jennean R. Rogers, Esq.  via ECF