LAW OFFICES OF

# Vincent S. Wong

*Attorneys at Law*

**Please Respond To:**
☑ 39 East Broadway, Suite 306
   New York, NY 10002
☐ 6008 8th Avenue, 2nd Floor
   Brooklyn, NY 11220

Phone: 212.349.6099
Phone: 212.349.6999
Fax: 212.349.6599

♦♦♦

vswlaw@gmail.com
www.vswlaw.com

November 12, 2020

(**VIA ECF**)
Judge Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:    **Chambers v. County of Nassau, et al.**
             **Docket No. 19-CV-00158**
             **Reopen Case**

Dear Judge Sandra J. Feuerstein:

    Our office represents Mr. Chambers in above referenced matter. The parties have not reached a settlement.

    On consent of Jennean R. Rogers, counsel for Defendants, the parties request that the Court reopen the case.

    We thank Your Honor for the attention to this matter, and should any questions arise, please contact our office at (212) 349-6099.

                                  Very truly yours,

                                  */s/ Eugene Kroner*

                                Eugene Kroner, Esq.

CC: Jennean R. Rogers, Esq.  via ECF