| | | |
|---|---|---|
| **LAURA CURRAN**<br>County Executive | | **JARED A. KASSCHAU**<br>County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

November 25, 2020

**By ECF**
Honorable Sandra J. Feuerstein
United States District Judge
Eastern District New York
100 Federal Plaza
Central Islip, New York 11722

    Re.: Chambers v. County of Nassau, et al.
       Case No.: 19-CV-158

Dear Judge Feuerstein:

  This office represents County of Nassau, Nassau County Police Department, P.O. Michael Schmidt, P.O. Omar Galan, P.O. Joseph Giacone and P.O. Michael Kamperveen (collectively the "Defendants") in connection with the above referenced matter. Defendants write, with the consent of Plaintiff's counsel, to request that the status conference currently scheduled for December 1, 2020 be adjourned.

  I have a scheduling conflict on December 1, 2020, as I have another court conference scheduled at 11:00 a.m. Due to the fact that the other case, *Curry v. Nassau County First Precinct Baldwin, et al.*, Case No.: 18-CV-1130 (KAM) (SMG), involves a pro se litigant, rescheduling during a holiday week poses challenges as the pro se litigant would have to be notified by mail, which may not reach him in time. Consequently, we are requesting that the conference in this case be adjourned. Plaintiff's counsel and the undersigned have conferred and we are both available on January 8, 2021 and January 12, 2021, or a date that is convenient for the Court. It is the first request for such relief.

  Thank you for your time and consideration in this matter.

          Respectfully submitted,
         */s/ Jennean R. Rogers*
         Deputy County Attorney

cc: Eugene Kroner, Esq. (via ECF)