# CIVIL CAUSE FOR STATUS CONFERENCE

BEFORE: JUDGE FEUERSTEIN

**FILED**
**CLERK**

12:19 pm, Dec 02, 2020

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

DATE: December 2, 2020      TIME: 30 minutes

CASE NUMBER:   2:19-cv-00158-SJF-AYS

CASE TITLE:      Chambers v. County Of Nassau et al

PLTFFS ATTY: Eugene Kroner
            X   present                not present

DEFTS ATTY:Jenine Rogers
            X   present                not present

COURT REPORTER:                    COURTROOM DEPUTY: BRYAN MORABITO

OTHER:

 X   CASE CALLED.

___   DECISION:    ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

OTHER: Outstanding discovery is respectfully referred to the assigned magistrate judge.   All discovery shall be complete by 8/2/2021.   A further telephone conference is scheduled before Judge Feuerstein on 10/4/2021 at 10:00am.   At the designated time, the parties shall call Chambers' teleconferencing number, **(877) 336-1280** , and follow the automated instructions; the access code is: **7215690**