| BRUCE A. BLAKEMAN<br>County Executive |  | THOMAS A. ADAMS<br>Acting County Attorney |
|---|---|---|

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

January 31, 2022

<u>Via ECF</u>
Hon. Margo K. Brodie
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Hon. James M. Wicks
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

               Re.:    Chambers v. County of Nassau, et al.
                      <u>Case No. 19-CV-0158 (MKB)(JMW)</u>

Dear Judge Brodie and Magistrate Judge Wicks:

      This office represents defendants County of Nassau, Nassau County Police Department, P.O. Michael Schmidt, P.O. Omar Galan, P.O. Joseph Giacone and P.O. Michael Kamperveen in the above referenced action. I am pleased to report that today the parties have reached a settlement in this case.

      Therefore, the parties jointly respectfully request that the parties be excused from filing a Joint Pretrial Order on February 10, 2022, and that the final pretrial conference before Magistrate Judge Wicks scheduled for February 17, 2022 at 9:00 a.m. by Zoom be canceled.

      Thank you for your attention and consideration in this matter.

                                                               Respectfully submitted,

                                                               <u>/s/ Ralph J. Reissman      </u>
                                                               RALPH J. REISSMAN
                                                               Deputy County Attorney

cc:  Eugene Kroner, Esq., Attorney for Plaintiff (via ECF)

ONE WEST STREET - MINEOLA, NEW YORK 11501-4820
516-571-3056, FAX: 516-571-6684, 6604
Writer's Direct Line: 516-571-6326
