**BRUCE A. BLAKEMAN**
**County Executive**



**THOMAS A. ADAMS**
**County Attorney**

### COUNTY OF NASSAU
#### OFFICE OF THE COUNTY ATTORNEY

March 11, 2022

<u>Via ECF</u>
Hon. James M. Wicks
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re.:   Chambers v. County of Nassau, et al.
<u>Case No. 19-CV-0158 (MKB)(JMW)</u>

Dear Magistrate Judge Wicks:

This office represents defendants in the above referenced action.  As reported in my January 31, 2022 letter, the parties have settled this case, and the Settlement Agreement has been submitted to the Nassau County Comptroller. However, the Stipulation of Dismissal cannot be filed until the Nassau County Comptroller issues the settlement check, which may require an additional thirty to forty days. Once the check is issued and plaintiff's attorneys confirm receipt, I will then be able to file the Stipulation of Dismissal.  Therefore, defendants respectfully request an extension of time to file the Stipulation of Dismissal to April 29, 2022.

As always, defendants thank you for your attention and consideration in this matter.

Respectfully submitted,

<u>/s/ Ralph J. Reissman</u>
RALPH J. REISSMAN
Deputy County Attorney

cc:  Eugene Kroner, Esq., Attorney for Plaintiff (via ECF)