UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

KRISTOFER CHAMBERS,                                          19-CV-00158 (MKB)(JMW)

                  Plaintiffs,                          **STIPULATION AND**
                                                         **ORDER OF DISMISSAL**

                  -against-

COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, P.O. MICHAEL SCHMIDT, P.O.
OMAR GALAN, P.O. JOSEPH GIACONE, P.O.
MICHAEL KAMPERVEEN, AND POLICE OFFICERS
JOHN AND JANE "DOES" individually and in their
official capacities (said names being fictitious and meaning
to represent police officers whose names and true identities
are currently unknown to the plaintiff,)

                    Defendants.
-------------------------------------------------------------------- X

      **IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the
undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant
or incompetent person for whom a committee has been appointed, and no person not a party
has an interest in the subject matter of the action, that the above-entitled action is dismissed with
prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: March 25, 2022

_____
VINCENT S. WONG, ESQ.
Law Offices of Vincent S. Wong
Attorneys for Plaintiff
39 East Broadway, Suite 306
New York, New York 10002

THOMAS A. ADAMS, Acting Nassau County Attorney
Attorney for Defendants
By: _____
      RALPH J. REISSMAN, Deputy County Attorney
1 West Street, Mineola, New York 11501

**SO ORDERED:**


_____
MARGO K. BRODIE, U.S.D.J.