UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

KRISTOFER CHAMBERS,   19-CV-00158 (MKB)(JMW)

                Plaintiffs,   **STIPULATION AND**
                -against-   **ORDER OF DISMISSAL**

COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, P.O. MICHAEL SCHMIDT, P.O.
OMAR GALAN, P.O. JOSEPH GIACONE, P.O.
MICHAEL KAMPERVEEN, AND POLICE OFFICERS
JOHN AND JANE "DOES" individually and in their
official capacities (said names being fictitious and meaning
to represent police officers whose names and true identities
are currently unknown to the plaintiff,)

                Defendants.
-------------------------------------------------------------------- X

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: March 25, 2022

_/s/ Vincent S. Wong_
VINCENT S. WONG, ESQ.
Law Offices of Vincent S. Wong
Attorneys for Plaintiff
39 East Broadway, Suite 306
New York, New York 10002

THOMAS A. ADAMS, Acting Nassau County Attorney
Attorney for Defendants
By: _____
    RALPH J. REISSMAN, Deputy County Attorney
1 West Street, Mineola, New York 11501

**SO ORDERED:**

_S/MArgo K. Brodie_
MARGO K. BRODIE, U.S.D.J.